JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN HOPKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BAXTER HEALTHCARE CORP., et al.,<br><br>　　　　　Defendants. | Case No. CV 22-5782-MWF(Ex)<br><br>ORDER GRANTING STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE |

Pursuant to the Stipulation to Dismiss Entire Action with Prejudice (Docket No. 40) under Fed. R. Civ. P. 41(a)(1)(A)(ii), and for good cause shown, IT IS ORDERED that this action be and hereby is DISMISSED with prejudice as to all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:  September 18, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge